1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PALM COURT APT.,

Plaintiff,

v.

STEPHANIE GONZALES,

Defendant.

Case No. 16-cv-02909 NC

**REPORT AND RECOMMENDATION TO REMAND TO STATE COURT; REQUEST FOR REASSIGMENT TO DISTRICT COURT JUDGE**

Re: Dkt. No. 1

On August 1, 2016, the Court ordered defendant Stephanie Gonzales to show cause why this unlawful detainer case should not be remanded to state court for lack of subject matter jurisdiction.  Dkt. No. 9.  The Court then gave Gonzales until August 15, 2016, to respond to the Order to Show Cause; otherwise, the Court would remand the action to state court.  Gonzales has failed to respond.

Accordingly, the Court recommends that the district court remand this case back to Santa Clara County Superior Court.  As explained in the order to show cause, the federal court is a court with limited jurisdiction and Gonzales has not shown a valid jurisdictional basis to be in this court.

None of the parties in this case has consented to the jurisdiction of a magistrate judge.  28 U.S.C. § 636(c).  Because the undersigned magistrate judge lacks jurisdictional

authority without complete consent, the clerk must reassign this case to a district court judge.  Any party may object to this recommendation, but must do so within 14 days.  Fed. R. Civ. P. 72(b)(2).

**IT IS SO ORDERED.**

Dated:  August 18, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALM COURT APT., <br>            Plaintiff, <br><br>    v. <br><br> STEPHANIE GONZALES, <br>            Defendant. | Case No.  16-cv-02909-NC <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 18, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephanie  Gonzales
760 N. 23rd St., #613
San Jose, CA 95112

Dated: August 18, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Lili Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS

3